IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THEODORE A. ANDERSON**                                              **PETITIONER**

**VS.**                          **CASE NO. 5:16CV00088 SWW/PSH**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered dismissing the case without prejudice.[1]

IT IS SO ORDERED this 16th day of May 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's motion [doc.#11] for leave to amend and supplement his habeas corpus petition is denied. The Court additionally denies petitioner's request to "lodge [his] petition" to the United States Court of Appeals for the Eighth Circuit "for authorization" to file a second or successive petition. Rather, petitioner may appeal the dismissal of his petition to the Eighth Circuit Court of Appeals and he may also seek from that Court authorization to file a second or successive petition.